DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
JONATHAN GIVNER, State Bar #208000
ANDREW SHEN, State Bar #232499
MOLLIE LEE, State Bar #251404
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4694
Facsimile:    (415) 554-4745
E-Mail:       jon.givner@sfgov.org

Attorneys for Defendants
JOHN ARNTZ, CITY AND COUNTY OF
SAN FRANCISCO, SAN FRANCISCO
DEPARTMENT OF ELECTIONS and SAN
FRANCISCO ELECTIONS COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DUDUM, MATTHEW SHERIDAN, ELIZABETH MURPHY, KATHERINE WEBSTER, MARINA FRANCO and DENNIS FLYNN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JOHN ARNTZ, Director of Elections of the City and County of San Francisco; the CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; the SAN FRANCISCO DEPARTMENT OF ELECTIONS; the SAN FRANCISCO ELECTIONS COMMISSION; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. CV 10-00504 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE SET FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　March 12, 2010<br>Time:　　　　 9:00 a.m.<br>Place:　　　　Courtroom 10, 19th Fl.<br>　　　　　　　450 Golden Gate Ave.<br><br>Trial Date:　　N/A |

Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, the parties stipulate, and the Court hereby orders, as follows:

1. Hearing on Plaintiffs' motion for preliminary injunction shall be continued one week, to March 19, 2010.

2. Defendants' opposition to the motion for preliminary injunction shall be served and filed on February 26, 2010. Plaintiffs' reply papers shall be served and filed on March 5, 2010.

DATED: February 11, 2010

Nielsen, Merksamer, Parrinello, Mueller & Naylor, LLP

By: _____/s/_____
Christopher E. Skinnell

Counsel for Plaintiffs Ron Dudum, Matthew Sheridan, Elizabeth Murphy, Katherine Webster, Marina Franco and Dennis Flynn

DATED: February 11, 2010

Office of the City Attorney

By: _____/s/_____
Mollie Lee

Counsel for Defendants John Arntz, City and County of San Francisco, San Francisco Department of Elections, and San Francisco Elections Commission

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
Hon. Susan Illston
United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: _____/s/_____
Mollie Lee