NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone:  (415) 389-6800
Facsimile:    (415) 388-6874
Email: jparrinello@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*E-Filed 03/19/10*

*Attorneys for Plaintiffs*
RON DUDUM, MATTHEW
SHERIDAN, ELIZABETH MURPHY,
KATHERINE WEBSTER, MARINA
FRANCO and DENNIS FLYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DUDUM, MATTHEW SHERIDAN, ELIZABETH MURPHY, KATHERINE WEBSTER, MARINA FRANCO and DENNIS FLYNN,<br><br>*Plaintiffs,*<br><br>vs.<br><br>JOHN ARNTZ, Director of Elections of the City and County of San Francisco; the CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; the SAN FRANCISCO DEPARTMENT OF ELECTIONS; the SAN FRANCISCO ELECTIONS COMMISSION; and DOES 1-20,<br><br>*Defendants.* | Case No.  C 10-00504 RS<br><br>**STIPULATION OF THE PARTIES SHORTENTING TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** AND ORDER<br><br>HEARING DATE: April 22, 2010<br>HEARING TIME: 1:30 p.m.<br>JUDGE: Hon. Richard Seeborg<br>COURTROOM: 3 |

## STIPULATION SHORTENING TIME

Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, the parties stipulate as follows:

1. The time prescribed for hearing on Plaintiffs' motion for preliminary injunction shall be shortened to April 1, 2010, at 1:30 p.m.

2. Because the parties have fully briefed the motion, the parties shall not file any additional briefs in support of, or in opposition to, Plaintiffs' motion for preliminary injunction.

Dated: March 18, 2010     NIELSEN, MERKSAMER, PARRINELLO,
                                                          MUELLER & NAYLOR, LLP

                                                          By:/s/Christopher E. Skinnell
                                                              Christopher E. Skinnell

                                                          *Attorneys for Plaintiffs*

Dated: March 18, 2010     OFFICE OF THE CITY ATTORNEY

                                                          By:/s/Andrew Shen
                                                              Andrew Shen

                                                          *Attorneys for Defendants*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2010     _____
                                                     Hon. Richard Seeborg
                                                     United States District Court Judge

1 **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

By: /s/_____.
      Christopher E. Skinnell