1  GAUTAM DUTTA, ESQ. (State Bar No. 199326)
   NEW AMERICA FOUNDATION
2  3435 Wilshire Blvd., Suite 2724
   Los Angeles, CA  90010
3  Telephone: 213-480-0994
   Facsimile: 213-480-0994                    *E-Filed 3/22/10*
4  Email:  dutta@newamerica.net

5  Attorney for *amicus curiae*
   New America Foundation
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | RON DUDUM, MATTHEW SHERIDAN, ELIZABETH MURPHY, KATHERINE WEBSTER, MARINA FRANCO and DENNIS FLYNN, | CASE NO.  C 10-00504 RS |
   |---|---|
12 | | **STIPULATION AND [PROPOSED] ORDER OF THE PARTIES AND NEW AMERICA FOUNDATION SHORTENING TIME ON NEW AMERICA FOUNDATION'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** |
13 | *Plaintiffs*, | |
14 | vs. | |
15 | JOHN ARNTZ, Director of Elections of the City and County of San Francisco; the CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; the SAN FRANCISCO DEPARTMENT OF ELECTIONS; the SAN FRANCISCO ELECTIONS COMMISSION; and DOES 1-20, | HEARING DATE:  April 22, 2010<br>HEARING TIME:  1:30 pm<br>JUDGE:  Hon. Richard Seeborg<br>COURTROOM:  3 |
16 | | |
17 | | |
18 | | |
19 | | |
20 | *Defendants*. | |

(Note: [PROPOSED] is shown with strikethrough)

**STIPULATION SHORTENING TIME**

Pursuant to Local Rules 6-1 and 6-2, the parties and proposed <u>amicus curiae</u> New America Foundation stipulate to the following:

1. Before this case was transferred to this Court, this Motion had been scheduled to be heard at the same time and date (April 2, 2010, 9 am) as Plaintiffs' Motion for Preliminary Injunction; and New America Foundation's Reply Brief in Further Support of its Motion for Leave to File a Brief as Amicus Curiae had been due on March 19, 2010. Following that transfer, that hearing date was vacated [Accompanying Declaration of Gautam Dutta ¶¶ 2-3].

2. Before this case was transferred to this Court, the hearing on Plaintiff's Motion for Preliminary Injunction had been rescheduled on two occasions. The hearing had originally been noticed for March 12, 2010. After being continued to March 19, 2010, the hearing had been rescheduled for April 2, 2010. <u>Id.</u>

3. On March 19, 2010, this Court issued an order shortening the time prescribed for the hearing on Plaintiffs' Motion for Preliminary Injunction to April 1, 2010, 1:30 pm. <u>Id.</u> ¶ 4.

4. To ensure that both Plaintiffs' Motion and this Motion are heard at the same time and date, the time prescribed for the hearing on New America Foundation's Motion for Leave to File Brief as Amicus Curiae shall be shortened to April 1, 2010, 1:30 pm. In that regard, New America shall file its Reply Brief in Further Support of its Motion for Leave no later than March 19, 2010.

5. Plaintiffs' agreement to stipulate to this order shortening time is given on the condition that it will not interfere with the Court's ability to hear Plaintiffs' motion for preliminary injunction on April 1. <u>Plaintiffs do not agree to having time</u>

1  shortened in the event that the Court concludes that the addition of this matter to
2  the April 1 calendar will make it impossible for the Court to hear Plaintiffs' motion
3  on that date.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: March 19, 2010

NEW AMERICA FOUNDATION

By: /s/ Gautam Dutta
     GAUTAM DUTTA, ESQ.

*Attorney for New America Foundation*

NIELSEN, MERKSAMER, PARRINELLO, MUELLER & NAYLOR, LLP

By: /s/ Christopher E. Skinnell
     CHRISTOPHER E. SKINNELL, ESQ.

*Attorneys for Defendants*

OFFICE OF THE CITY ATTORNEY

By: /s/ Jon Givner
     JON GIVNER, ESQ.

*Attorneys for Defendants*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 22, 2010                  _____

HON. RICHARD SEEBORG

*United States District Court Judge*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45 of the Northern District of California, I hereby attest that I have obtained the consent from each of the other signatories to this document.

By: ____/s/_____
GAUTAM DUTTA, ESQ.