NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874
Email: jparrinello@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*E-Filed 3/31/10*

*Attorneys for Plaintiffs*
RON DUDUM, MATTHEW
SHERIDAN, ELIZABETH MURPHY,
KATHERINE WEBSTER, MARINA
FRANCO and DENNIS FLYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DUDUM, MATTHEW SHERIDAN, ELIZABETH MURPHY, KATHERINE WEBSTER, MARINA FRANCO and DENNIS FLYNN,<br><br>    *Plaintiffs*,<br>vs.<br><br>JOHN ARNTZ, Director of Elections of the City and County of San Francisco; the CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; the SAN FRANCISCO DEPARTMENT OF ELECTIONS; the SAN FRANCISCO ELECTIONS COMMISSION; and DOES 1-20,<br>    *Defendants*. | Case No.  C 10-00504 RS<br><br>**STIPULATION OF THE PARTIES EXTENDING TIME TO FILE INITIAL CASE MANAGEMENT STATEMENT TO APRIL 26, 2010**<br><br>JUDGE: Hon. Richard Seeborg<br>COURTROOM: 3 |

1  **STIPULATION EXTENDING TIME**

2  WHEREAS, pursuant to court order an initial case management statement is
3  currently scheduled to be submitted by the parties in this case on April 2, 2010;
4  and

5  WHEREAS, a hearing on Plaintiffs' motion for preliminary injunction is
6  currently pending, with a hearing date set for April 1, 2010, at 1:30 p.m.—the day
7  before the case management statement is due; and

8  WHEREAS, the parties request that the initial due date of the initial CMC
9  statement be postponed until after the hearing on the preliminary injunction
10 motion, and believe that the initial CMC statement will be better focused, and
11 more informative to the Court if filed at a later date that will permit consideration
12 of the Court's comments at the hearing; and

13 WHEREAS, no previous extension of the time to file an initial case
14 management statement has been sought or granted.

15 THEREFORE, Pursuant to Northern District of California Civil Local Rules
16 6-1 and 6-2, the parties stipulate as follows:

17 1.  The time prescribed for submission of the initial case management
18 statement is extended to April 26, 2010.

19 2.  As required by Local Rule 6-2, this stipulation is supported by the
20 attached Declaration of Christopher E. Skinnell.

21 Dated:  March 30, 2010                NIELSEN, MERKSAMER, PARRINELLO,
                                         MUELLER & NAYLOR, LLP
22
23                                       By: /s/Christopher E. Skinnell
                                             Christopher E. Skinnell
24
25                                       *Attorneys for Plaintiffs*

26
27
28

1 Dated: March 30, 2010          OFFICE OF THE CITY ATTORNEY

2                                      By: /s/Andrew Shen
3                                            Andrew Shen

4                              *Attorneys for Defendants*

5

6

7            **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

8     Pursuant to General Order No. 45 of the Northern District of California, I

9 attest that concurrence in the filing of this document has been obtained from each

10 of the other signatories to this document.

11

12                     By:    /s/ .
                                   Christopher E. Skinnell

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __March 31,__, 2010

_____
Hon. Richard Seeborg
United States District Court Judge

## **DECLARATION OF CHRISTOPHER E. SKINNELL**

I, CHRISTOPHER E. SKINNELL, declare as follows:

1. I am one of the attorneys for Plaintiffs in this action, which challenges the constitutionality of San Francisco's instant runoff voting system, used in municipal elections, on the ground that it violates plaintiffs' voting rights.

2. Pursuant to the Order of this Court reassigning this action to Judge Seeborg (Dkt. #40), the initial case management statement is currently scheduled to be filed in this action on April 2, 2010.

3. Plaintiffs' motion for preliminary injunction is currently pending before the Court, and is scheduled for hearing on April 1, 2010—the day before the case management statement is due.

4. The parties have conferred and are in agreement that the initial CMC statement will be better focused, and more informative to the Court, if filed at a later date that will permit consideration of the Court's comments at the hearing.

5. No previous extension of time to file the case management statement has been sought or ordered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except for those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on March 30, 2010, at San Rafael, California.

By: /s/_____.
      Christopher E. Skinnell