NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874
Email: jparrinello@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*Attorneys for Plaintiffs*
RON DUDUM, MATTHEW
SHERIDAN, ELIZABETH MURPHY,
KATHERINE WEBSTER, MARINA
FRANCO and DENNIS FLYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DUDUM, MATTHEW SHERIDAN, ELIZABETH MURPHY, KATHERINE WEBSTER, MARINA FRANCO and DENNIS FLYNN,<br><br>*Plaintiffs,*<br>vs.<br><br>JOHN ARNTZ, Director of Elections of the City and County of San Francisco; the CITY & COUNTY OF SAN FRANCISCO, a municipal corporation; the SAN FRANCISCO DEPARTMENT OF ELECTIONS; the SAN FRANCISCO ELECTIONS COMMISSION; and DOES 1-20,<br><br>*Defendants.* | Case No. C 10-00504 RS<br><br>**STIPULATION OF THE PARTIES EXTENDING TIME FOR PLAINTIFFS TO DISCLOSE EXPERT WITNESSES TO JUNE 14, 2010**<br><br>JUDGE: Hon. Richard Seeborg<br>COURTROOM: 3 |

# **STIPULATION EXTENDING TIME**

WHEREAS, pursuant to court order Plaintiffs are currently scheduled to disclose their expert witness(es) and expert reports in this case by May 31, 2010; and

WHEREAS, Defendants' expert disclosure date is two weeks later, on June 14, 2010; and

WHEREAS, the parties have attempted to work informally to determine the number of ballots in relevant elections on which the voter exercised the option to rank three candidates, all of whom were eliminated before the final round of IRV tabulation, so that the voter did not have a ballot counted in one or more rounds of tabulation, as opposed to ballots on which the voter exercised his or her option to rank fewer than three candidates; and

WHEREAS, informal efforts to obtain these data have been unsuccessful.

THEREFORE, Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, the parties stipulate as follows:

1. The time prescribed for Plaintiffs to disclose their expert witness(es) and expert report(s) is extended to June 14, 2010, the same day that Defendants are to disclose their expert witness(es) and report(s).

2. As required by Local Rule 6-2, this stipulation is supported by the attached Declaration of Christopher E. Skinnell.

Dated: May 25, 2010  NIELSEN, MERKSAMER, PARRINELLO, MUELLER & NAYLOR, LLP

By:/s/Christopher E. Skinnell
Christopher E. Skinnell

*Attorneys for Plaintiffs*

Dated: May 25, 2010                    OFFICE OF THE CITY ATTORNEY

                                       By: /s/Andrew Shen
                                           Andrew Shen

                                       *Attorneys for Defendants*

## **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                    By:    /s/                                              .
                           Christopher E. Skinnell

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May  26 , 2010      _____
                            Hon. Richard Seeborg
                            United States District Court Judge