**\*E-Filed 09/09/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RON DUDUM, et al.,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al,

        Defendants.

**No. C 10-0504 RS**

**JUDGMENT**

Based on the order issued herewith, granting defendants' motion for summary judgment, the Court enters judgment in favor of defendants and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 09/09/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**No. C 10-0504 RS**
JUDGMENT